**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7243**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

O'NEAL MCGILL, a/k/a James Owens, a/k/a Hard
Times,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen, Chief
District Judge.  (CR-97-166-12-3-MU)

---

Submitted:  November 30, 2000          Decided:  January 31, 2001

---

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

O'Neal McGill, Appellant Pro Se.  Gretchen C.F. Shappert, Assistant
United States Attorney, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

O'Neal McGill appeals from the district court's order denying his motion to correct his name on his criminal judgment. We dismiss the appeal for lack of jurisdiction because McGill's notice of appeal was not timely filed.

Defendants in criminal cases have ten days within which to file in the district court notices of appeal from judgments or final orders. Fed. R. App. P. 4(b)(1). This time period is "mandatory and jurisdictional." United States v. Raynor, 939 F.2d 191, 197 (4th Cir. 1991). The only exception to the appeal period is when the district court grants an extension "[u]pon a finding of excusable neglect or good cause." Fed. R. App. P. 4(b)(4).

The district court's order was entered on August 11, 2000. McGill filed his notice of appeal on August 24, 2000. See Houston v. Lack, 487 U.S. 266, 276 (1988). McGill's failure to note a timely appeal or obtain an extension of the appeal period leaves this court without jurisdiction to consider the merits of his appeal. Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2